IN RE PETITION OF CATHARINE WALSH TO HAVE MORTGAGE
   MARKED SATISFIED ON THE RECORD THEREOF.

*Rule to Show Cause—Satisfaction of Mortgage—Statute—Return of
   Sheriff—Nihil habet ; Not non est inventis—Scire Facias
                        —Practice.*

The Sheriff's return to a rule to show cause why a mortgage should not be
marked satisfied on the record thereof, should be "*nihil habet,,*' and not "*non est
inventis.*" The statute provides that the writ shall be served as now provided by law
in cases of *scire facias.*

(*September 26, 1904.*)

LORE, C. J., and PENNEWILL and BOYCE, J. J., sitting.

*Walter H. Hayes* for petitioner.

Superior Court, New Castle County, September Term, 1904.

PETITION of Catharine Walsh to have mortgage executed and
delivered by said Catharine Walsh and Bernard Walsh unto Pat-
rick Flaherty and recorded in Mortgage Record Z, Vol. 7, p. 504,
etc., marked satisfied on the record thereof. (No. 201, September
Term, 1904.)

A rule to show cause was issued in said case returnable the
26th day of September, 1904. The Sheriff's return upon said rule
was *non est inventis.*

*Mr. Hayes :*—The statute provides that the writ shall be
served as now provided by law in cases of *scire facias.* Query :
Should not the sheriff's return be "*nihil habet.*"

LORE, C. J. :—Let the Sheriff's return be amended to conform
to the return made in *scire facias*, to wit, "*nihil habet.*"